

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00150-CV

EX PARTE R.S.

------------

## FROM COUNTY CRIMINAL COURT NO. 1 OF TARRANT COUNTY
## TRIAL COURT NO. 1271293

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

In three separate letters, the clerk of this court notified Appellant that he had failed to pay the required filing fee and that we would dismiss this appeal unless the fee was paid by a specified deadline. *See* Tex. R. App. P. 42.3(c), 44.3. Appellant has not paid the filing fee or otherwise responded to our notices. *See* Tex. R. App. P. 5, 12.1(b). Because Appellant failed to comply with a requirement of the rules of appellate procedure or with a notice from the clerk

---

[1]*See* Tex. R. App. P. 47.4.

requiring action within a specified time, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GABRIEL, KERR, and PITTMAN, JJ.

DELIVERED:  July 12, 2018